IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0615-CG-C |
| | ) |
| ONE 12 GAUGE REMINGTON SHOTGUN, MODEL 870, SERIAL NO: S804459V; ONE .25 CALIBER RAVEN PHOENIX ARMS PISTOL, SERIAL NO: 3155967, ONE 12 GAUGE EXCEL SHOTGUN WITH ILLEGIBLE SERIAL NO. EXCEPT FOR A D ; ONE 12 GAUGE J. STEVENS & TOOL CO. SHOTGUN WITH MISSING STOCK, SERIAL NO: 42865; ONE .22 CALIBER REMINGTON 550-1 RIFLE, NO SERIAL NO.; and, ONE .22 CALIBER REMINGTON 552 RIFLE, NO SERIAL NO. | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT OF FORFEITURE**

In accordance with the Order of Forfeiture entered this date, it is

**ORDERED, ADJUDGED and DECREED** that the defendants, One 12 Gauge Remington Shotgun, Model 870, Serial No: S804459V; One .25 Caliber Raven Phoenix Arms Pistol, Serial No: 3155967, One 12 Gauge Excel Shotgun with Illegible Serial No. except for a D; One 12 Gauge J. Stevens & Tool Co. Shotgun with missing Stock, Serial No: 42865; One .22 Caliber Remington 550-1 Rifle, No Serial No.; and One .22 Caliber Remington 552 Rifle, No Serial No., are hereby

forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 17th day of January, 2013.

/s/  Callie V. S. Granade<br>UNITED STATES DISTRICT JUDGE